IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FRED BOYD,                        )
                                  )
     Plaintiff,                   )
                                  )        CIVIL ACTION NO.
     v.                           )          2:21cv823-MHT
                                  )              (WO)
ALLIED UNIVERSAL SECURITY         )
and INTERNATIONAL PAPER           )
MILLS,                            )
                                  )
     Defendants.                  )
```

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. 19), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The court shall retain jurisdiction to enforce the parties' settlement for 30 days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 4th day of May, 2022.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**